# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2016 FEB 29 AM 11:56

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DALE D. DRINKWATER                           ,

Plaintiff(s),

v.

Case No.: **16 C 134** -wmc

(Supplied by Clerk)

WISCONSIN DEPT. OF CORR. MEDICAL

COMMITTEE, DR. LARSON, DR. BURNETT,

DR. HOFTIEZER AND DR. JOHN DOES          ,

Defendant(s).

---

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

---

**I.    PLACE OF PRESENT CONFINEMENT:**

Dale Drinkwater Dept. of Corrections
Sauk County Jail Institution
1300 Lange Ct.
Baraboo, WI 53913

**PLAINTIFF'S SOCIAL SECURITY NUMBER:** __ __ __ - __ __ - __ __ __ __

A.    Is there a grievance procedure in your prison/jail?   [X] YES    [ ] NO

B.    Have you filed a grievance concerning the facts relating to this complaint?

[X] YES    [ ] NO

C.    If you have used the grievance process:

1.    Describe what you did and the result, if any.

I have filed numerous ICIS, all denied by DOC staff. Allega-
tions of cruel and unusual punishment, intentional causing &
wanton infliction of pain, negligence and malpractice, etc.

2.    Is the grievance process completed?        [X] YES    [ ] NO

D.    If you did not use the grievance process, explain why not.

_____

_____

_____

**NOTE: YOU MUST INCLUDE A COPY OF YOR INITIAL GRIEVANCE AND ANY SUBSEQUENT DECISIONS BY THE PRISON/JAIL, OR A COURT ON YOUR GRIEVANCE.**

II.  **PARTIES:**

    A.    Plaintiff's Name (Your name): <u>Dale D. Drinkwater</u>

    B.    Inmate I.D. Number: <u>409184</u>

    C.    Address:    <u>1300 Lange Ct.</u>
                      <u>Baraboo, WI, 53913</u>

           (For additional Plaintiffs, provide the same information in the same format on a separate sheet of paper.)

    D.    Defendant's Name: <u>Dr. Burnett, Dr. Larson, Dr. Hoftiezer, Dr. Does</u>

           is employed as: <u>Dept. Of Corr. medical staff.</u>

           at: <u>Madison DOC, FLCI, Redgranite. Main offices in Madison</u>

    E.    Additional Defendants (names and positions):

           <u>DEPARTMENT OF CORRECTIONS "Medical Committee" DOC refuses to give</u>

           <u>me their names and addresses, including Dr. John Does.</u>

III.  **PREVIOUS LAWSUITS:**

    A.    Have you begun other lawsuits in state or federal court relating to the same facts involved in this action?   ☐ YES   ☒ NO

    B.    Have you begun other lawsuits in State or Federal Court relating to your imprisonment?   ☐ YES   ☒ NO

    C.    If your answer is "YES" to either of the above questions, provide the following requested information.

        1.    Parties to the previous lawsuit.

            Plaintiff(s): _____

            Defendant(s): _____

        2.    Date filed: _____

        3.    Court where case filed (if federal court, name of district; if state court, name the county): _____

        4.    Case number and citation: _____

5. Basic claim made: _____

_____

_____

6. Current status:

☐ - Still Pending.

☐ - Case was Dismissed.

☐ - Case was Appealed.

7. If resolved, date of disposition: _____

8. If resolved, it was in the favor of the:

☐ - Plaintiff

☐ - Defendant

(For additional cases, provide the above information in the same format on a separate page.)

## IV. STATEMENT OF CLAIM:

A. State as briefly as possible the facts of your case. Describe how each named Defendant is involved. Include the name of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments, cite cases, or statutes. (You may do that in Subsection B below.) If you allege related claims, number and set forth each claim within a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated claims should be raised within a separate civil action.

Since falling in the shower at FLCI in 2010, the DOC has shuffled me around between various Doctors in Waupun, Madison UW and various DOC facilities, getting the same diagnosis from all of them but not treating me. I have 2 hip replacements that went bad in DOC care and for 5 years now the DOC just moved me from Doctor to Doctor without treatment. I developed polyethylene disease (bone rot) and have to have both hips replaced. for 5 years this disease caused pain and anguish, suffering like you cannot believe. I've attached a separate set of documents outlining the shuffling process and causes. Now that I came to the end of my sentence, they quickly did the surgeries, but the negligence and cruel ways I was treated have to be dealt with in a court room. Those responsible need to be exposed and dealt with. Please see attached pages, starting at page 5.

_____

_____

_____

_____

B.   State briefly your legal theory or cite appropriate authority.

The fact that medical care may be expensive does not excuse prison

officials from providing it. Harris V. Thigpen, 941 F.2d 1495, 1509

(11th Cir.1991). I have been humiliated and treated like I'm not human

~~and have no dignity.~~  Forced to lay on a shower room floor naked, and

without help and then treated like there was nothing wrong with me. It

is described by Hope V. Pelzer, 536 U.S. 730, 738-745, 122 S.Ct. 2508

(2002). "Humiliating and antithetical to human dignity". It took this

DOC 5 years of shuffling me from Dr. to Dr, before they scheduled and

did the surgeries. Surgeries recommended and ordered 5 years ago! Its

Johnson V. Lockhart, 941 F.2d 705 (8th Cir.1991) all over again! See

## V.   **RELIEF YOU REQUEST:**                                        attached pages.

State briefly and exactly what you want the court to do for you.  Make no legal arguments.  Do not
use this space to state facts of your claim.  Use it only to request remedies for the injuries you
complain about.

I'm seeking 15 million dollars from the above defendants. confined to a

wheelchair for 5 years and counting is worth another 15 million in damages

whether its punitive or otherwise. I don't know legal jargon very well.

30 million total, plus attorney fees if the court appoints counsel and

the necessary experts for litigating this suit. It is quite complex and

experts will be needed.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated in Redgranite, Wisconsin this 1ˢᵗ day of January                 , 2016.

_Signature_

Signature of Plaintiff(s), *pro-se*

(If there are multiple plaintiffs, each must sign the
complaint)

Prisoner I.D. Number(s) 409184

STATEMENT OF FACTS AND CLAIMS

5-24-2010, I'm now at FLCI (Foxlake correctional institution).   I can no longer walk without aid so I'm now on crutches. I go into the shower room and have to walk across all the shower areas to the handicap stall. In doing this, my crutch slips in soap and I fall. I couldn't stand up because there is no hand rail in the area and no traction stickers on the floor. I laid there for at least 5 minutes before someone came in and seen me and summoned help. I was having trouble breathing and couldn't move at all so an ambulance was called and I was taken to Waupun Memorial Hospital. The hospital staff tried to send me back to FLCI but the guard said no, if I cannot move they'd have to admit me. I was admitted I was returned to FLCI 3 days later.

When I got back to FLCI, I seen Dr. Larson. He told me 'the DOC medical committee denied my medically requested surgery That surgery was requested by Dr. Grossman. I became suspicious at that point and asked for a file review because I know Dr. Grossman's diagnosis fit my physical pains and I got the feeling the DOC was trying to save money by ignorring my pain and suffering and Dr. Grossman's reports. I sent an HSR to Dr. Larson to confirm what report 21 said. I amended my file with form DOC-3484 due to the misinformation within these two reports. Nobody responded to my requests. Despite knowing of my needs for surgery due to bone rot (polyethylene disease) and that I was in significant pain with 2 messed up hips, one broken hip and a broken pelvis..

June 2010 I'm declared legally disabled by the Social Security Administration. 9-2011 I'm released from prison and I immediately make an appointment with local ortho, Dr. Fosket. At this time, Fosket informs me that Dr. Grossman is 100% correct. I have polyethylene disease, broken pelvis and hip and he recommends the Mayo Clinic's Dr. Daniel Berry to fix me.

I now begin my fight with Medicaid and in March 2013 I'm finally approved to go to the Mayo Clinic wherein I met with Dr. Berry. He too confirms Dr. Grossman's diagnosis. I'm given a surgery date of 1-2014. Prior to this date, the parole people revoke me and I go back to prison in October 2013 and I inform them I'm scheduled for surgery in January 2014 at the Mayo Clinic to have my hips fixed.   The DOC waits until 11-3-2014 to send me to Dr. Grossman who immediately reconfirms his original diagnosis and that my right hip is now way worse than it was in his prior interview with me.

At the 11-3-2014 meeting with Grossman, he confirms that my right hip is too far gone for him to be able to fix it. I'd have to go to Dr. Berry who specializes in such repairs. He then goes above the call of duty and gets me scheduled to see Dr. Heiner at UWM.

On 1-1-2015 I stand up and my hip goes through my pelvis and my legs go numb. The bone rot finally got me.. I ask to go to hospital and on 1-2-15 I go to HSU in the institution wherein they refuse a hospital trip but schedule me for x-rays. I requested more morphine and was denied that too. Redgranite health care strikes again. I'm scheduled to have Mobilex do the x-rays on 1-4-15, Mobilex fails to show on 1-4-15. On 1-5-15 they show but their laptop won't work. On 1-6-15 they show and I asked Joel to confirm to me what his instructions are. He says take right hip x-ray and takes 2 x-rays.. The nurses, Bellin and Murchen tell me nothings wrong! I tell them I'm in serious pain and there is some thing wrong but they sent me back to my unit.

On 1-27-15 I'm taken to UWM and see Dr. Heiner. He takes multiple x-rays and sees I've broken my pelvis again and makes immediate plans to repair my right hip and long term plans to fix my left hip and pelvis.

March 2015 my complaint is dismissed by Regional nursing Coord. On 4-2-15 my appeal is dismissed by the DOC Secretary.

I believe my claims are cruel and unusual punishment under the 8th amendment, and deliberate indifference to serious medical needs, unnecessary and wanton infliction of pain, medical malpractice, negligence, ADA violations and many more legal claims a lawyer would know. I do not know the law and I got help by a jailhouse lawyer. I spent the last 5½ years in a wheel chair, unable to get out of it and participate in sports activities, walks etc. All of the common and every day activities enjoyed by healthy people. I have been disabled for a very long time and I believe the DOC (department of corrections) must be held accountable. I've attached a motion for the appointment of counsel with these documents. I want to reserve the right to add claims and amend claims as new information becomes known. Thank you.

RESPECTFULLY SUBMITTED BY:

DALE D. DRINKWATER.