IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALE D. DRINKWATER,

    Plaintiff,

v.

WISCONSIN DEPT. OF CORR. MEDICAL
COMMITTEE, ET AL.,

    Defendants.

ORDER

Case No. 16-cv-134-wmc

Plaintiff Dale D. Drinkwater has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than March 22, 2016. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Dale D. Drinkwater may have until March 22, 2016 to submit a trust fund account statement for the period beginning approximately September 29, 2015 and ending approximately February 29, 2016. If, by March 22, 2016, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action

voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

      Entered this 2nd day of March, 2016.

            BY THE COURT:

            /s/
            PETER OPPENEER
            Magistrate Judge