IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DALE D. DRINKWATER,

    Plaintiff,

v.

WISCONSIN DEPT. OF CORR. MEDICAL
COMMITTEE, ET AL.,

    Defendants.

ORDER

Case No. 16-cv-134-wmc

---

On March 2, 2016, I ordered plaintiff Dale D. Drinkwater to submit a certified trust fund account statement in support of his motion for leave to proceed without prepayment of the filing fee (dkt. #4). On March 23, 2016, plaintiff submitted payment for the full $400 filing fee in this case. Therefore, I will deny as moot plaintiff's motion for leave to proceed without prepayment of the filing.

Accordingly, IT IS ORDERED that plaintiff Dale D. Drinkwater's motion for leave to proceed without prepayment of the filing fee (dkt. #4) is denied as moot; and plaintiff's complaint is taken under advisement for screening pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

Entered this 24th day of March, 2016.

                BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge