# MOTION

9/28/17

DOC NO
REC'D/FILED

2017 OCT -3 AM 11:00

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Requesting the following:

1) A decision for screening pursuant to 28 U.S.C. 1915A.

or

2) A change of venue to a less busy court. Either a different magistrate judge or to the Eastern District Court where I now reside closer to. I've now been waiting 19 months for a screening pursuant to 28 USC 1915A.

*Dale D. Drinkwater* (signature)

Dale D. Drinkwater