IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALE D. DRINKWATER,

    Plaintiff,

v.

Case No. 16-cv-134-wmc

WISCONSIN DEPT. OF CORR. MEDICAL
COMMITTEE, DR. LARSON,
DR. BURNETT, DR. HOFTIEZER, RN
BELLIN, RN MOERCHEN, DR. SPRINGS,
AND NP DEITRICH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 04/05/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |