# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DALE DRINKWATER,<br>   Plaintiff,<br><br>v.<br><br>DR. LARSON, DR. BURNETT, DR. HOFTIEZER, DR. SPRINGS, NURSE BELLIN, NURSE MOERCHEN,<br>   Defendants. | Case No. 16-cv-134-wmc |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Dale Drinkwater hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order and judgment issued on April 5, 2019.

Respectfully submitted,

  s/ Brady R. Henderson
Brady R. Henderson, Wis. Bar #1116435, Okla. Bar #21212
Cream City Law, LLC
1123 N. Water Street, Suite 400
Milwaukee, WI 53202
(414) 563-7453
brady@creamcity.law
*Attorney for Plaintiff Dale Drinkwater*

## CERTIFICATE OF SERVICE

I, Brady R. Henderson, Attorney for Plaintiff, hereby certify that on the day of filing, I caused the above and forgoing pleading to be served on all counsel of record in this case, via the Court's CM/ECF system.


  s/ Brady R. Henderson